# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | | |
|---|---|---|
| **SOUTH GATE APARTMENTS LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NUMBER:** |
| | ) | |
| v. | ) | **7:24-cv-00898-LSC** |
| | ) | |
| **MIDLAND STATES BANK, and DWIGHT CAPITAL, LLC,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff South Gate Apartments, LLC hereby dismisses with prejudice all claims against Defendants Midland States Bank and Dwight Capital, LLC, with each party to bear its own attorneys' fees and costs.

Respectfully submitted this the 23rd day of September, 2024.

/s/*William E. McCartney*
William E. McCartney
REYNOLDS, REYNOLDS & LITTLE, LLC
2115 Maxie Thomas Way
P. O. Box 2863
Tuscaloosa, AL 35403-21863
Telephone:   (205) 391-0073
Facsimile:   (205) 391-0911
Email:   rreynolds@rrllaw.com
         wmccartney@rrllaw.com

*Attorney for Plaintiff South Gate Apartments, LLC*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 23, 2024 I served a true copy of the foregoing by filing electronically via the Court's CM/ECF system, which will provide a notice of and a copy of the same to all counsel of record.

                                                  */s/ William E. McCartney*  
                                                  William E. McCartney  
                                                  Of Counsel